United States District Court
Southern District of Texas
**ENTERED**
May 20, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **GLORIA BERG,** *Plaintiff,* | § § § | |
| **V.** | § § | CIVIL ACTION NO. 4:20-CV-2715 |
| **MONTGOMERY COUNTY HOSPITAL DISTRICT** *Defendant.* | § § § § | |

## ORDER OF DISMISSAL

In light of the parties' Stipulation of Dismissal with Prejudice, the Court is of the opinion that all claims asserted in this action be dismissed with prejudice. Any costs incurred by Plaintiff or Defendant in regard to this action shall be borne by the party incurring same.

SIGNED THIS __20th__ day of _____May_____, 2021.

*[signature: Chas R Eskridge III]*

HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE